UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID TROUPE,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ADAM KAPA, DANIEL WISTIE, RICHARD HAYWARD, C/O SORSBY, ANDREW WILLIAMS, EDWIN HOSKINS,<br><br>　　　　　　　　　Defendants. | No. C14-5529 RBL-KLS<br><br>**REPORT AND RECOMMENDATION**<br>**Noted For:  April 8, 2015** |

Before the Court is the parties' Stipulation of Dismissal as to Defendant Sorsby. Dkt. 31. The parties stipulate to the dismissal with prejudice of all claims made by Plaintiff David Troupe against Defendant Sorsby. *Id.*  Accordingly, it is recommended that all claims against Defendant Sorsby be **DISMISSED WITH PREJUDICE.**

The Clerk should note the matter for April 8, 2015 as ready for the Honorable Judge Ronald B. Leighton's consideration.

**DATED** this  25th  day of March, 2015.

　　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

REPORT AND RECOMMENDATION - 1