UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID TROUPE,

                Plaintiff,

   v.

ADAM KAPA, DANIEL WISTIE, RICHARD HAYWARD, C/O SORSBY, ANDREW WILLIAMS, EDWIN HOSKINS,

                Defendants.

No. C14-5529 RBL-KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

    1)    The Court adopts the Report and Recommendation.

    2)    Based on the parties' Stipulation (Dkt. 31), all claims against Defendant Sorsby are **DISMISSED WITH PREJUDICE.**

    3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Karen L. Strombom.

**DATED** this 13th day of April, 2015.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1