UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID TROUPE,<br><br>                               Plaintiff,<br><br>    v.<br><br>ADAM KAPA, DANIEL WISTIE, RICHARD HAYWARD, C/O SORSBY, ANDREW WILLIAMS, EDWIN HOSKINS,<br><br>                              Defendants. | No. C14-5529 RBL-KLS<br><br>**ORDER DENYING SECOND MOTION FOR DISCOVERY COSTS** |

      Plaintiff David Troupe filed his second motion to allow discovery at the public's expense. Dkt. 40. Defendants responded, citing the same objections they asserted to Mr. Troupe's first motion. Dkt. 41. On April 1, 2015, this Court denied Mr. Troupe's first motion. Dkt. 38. In that Order the Court advised Mr. Troupe that his indigent status does not entitle him to shift the costs of his discovery or other costs of his litigation to defendants or to this Court. *Id.*, p. 2. Mr. Troupe's second motion raises no new claims or arguments.

      Mr. Troupe is also reminded that Defendants have made the requested documents available for review and/or copying and have offered to print the responses double-sided to save costs. A review of the documents may reveal that copies of all are not required. Mr. Troupe is encouraged to confer with opposing counsel in this regard.

ORDER - 1

Accordingly, it is **ORDERED:** Plaintiff's second motion to allow discovery at the public's expense (Dkt. 40) is **DENIED.** The Clerk shall send copies of this Order to Plaintiff.

**DATED** this 7th day of May, 2015.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2