UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID TROUPE,<br><br>                      Plaintiff,<br><br>  v.<br><br>ADAM KAPA, DANIEL WISTIE, RICHARD HAYWARD, ANDREW WILLIAMS, EDWIN HOSKINS,<br><br>                      Defendants. | No. C14-5529 RBL-KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's motion to withdraw civil complaint (Dkt. 68) is **GRANTED but DENIED as to request that the dismissal be without prejudice.  This case is dismissed with prejudice.**

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 29th day of December, 2015.

Ronald B. Leighton
United States District Judge

ORDER ON REPORT AND RECOMMENDATION - 1